United States District Court
Southern District of Texas
FILED

SEP 0 3 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC AND<br>PAMELA SUE GARDINER,<br>    Plaintiffs | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-148 |
| COPYLADY, INC AND<br>CYNTHIA A. DUFF<br>    Defendants | §<br>§<br>§<br>§ | |

---

## PLAINTIFFS, THE COPYLADY, LLC AND PAMELA SUE GARDINER'S LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs, **THE COPYLADY, LLC** AND **PAMELA SUE GARDINER**,

and file this list of entities it presently believes are financially interested in this litigation:

The CopyLady, LLC
2400 Courage & Valor Blvd Ste #101
Brownsville, Texas 78521

Pamela Sue Gardiner
255 Sagua La Grande Ave.
Brownsville, Texas 78526

—Plaintiffs

CopyLady, Inc.
11533 Charlies Terrace
Fort Myers, Florida 33907

---

Cynthia A. Duff
11533 Charlies Terrace
Fort Myers, Florida 33907

—Defendants

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Dated: August 30, 2004.

                Respectfully submitted,

                Ted D. Lee
                GUNN & LEE, PC
                700 N. St. Mary's St., Suite 1500
                San Antonio, TX 78205
                (210) 886-9500 Telephone
                (210) 886-9883 Facsimile
                TBN: 12137700
                Federal Admn. No. 11221
                Email: tedlee@gunn-lee.com

                T. Mark Blakemore
                Attorney, Counselor and Mediator
                835 E. Levee Street, Sixth Floor
                Brownsville, Texas 78520-5101
                (956) 541-5900 Telephone
                (956) 541-5905 Facsimile
                Email: tmblakemore@tmb-atty.com

By: _____
        T. Mark Blakemore
        Federal Admn. No. 1915
        Texas Bar No. 02431800
**Attorneys for THE COPYLADY, LLC AND PAMELA SUE GARDINER**