```
                                               United States District Court
                                                Southern District of Texas
                                                        ENTERED
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS                  OCT 1 8 2004
               BROWNSVILLE DIVISION
                                               Michael N. Milby, Clerk of Court
                                               By Deputy Clerk _____
```

| | | |
|---|---|---|
| THE COPYLADY, LLC and<br>PAMELA SUE GARDINER,<br><br>Plaintiffs,<br><br>v.<br><br>COPYLADY, INC. and<br>CYNTHIA A. DUFF,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-148 |

### UNOPPOSED MOTION TO EXTEND CASE DEADLINES

Defendants COPYLADY, INC. and CYNTHIA A. DUFF file this unopposed motion to extend case deadlines due to settlement negotiations between the parties and because defense counsel was retained only yesterday. First, the parties have agreed to extend the response deadline to Plaintiffs THE COPYLADY, LLC and PAMELA SUE GARDINER'S Complaint, by thirty (30) days. The response deadline was October 18, 2004, and the parties have agreed that Defendants may have until November 17, 2004 to file their response.

In addition, the parties have agreed, subject to the Court's approval, to extend the deadline for filing the joint case management plan from October 29, 2004 to November 30, 2004. The parties also have agreed and request that the Initial Pretrial and Scheduling Conference be rescheduled from November 10, 2004 to December 10, 2004, or a time thereafter convenient to the Court.

HOUSTON 786157v1

This request for extension of case deadlines is not made for purposes of delay, but so that the parties may negotiate settlement, defense counsel may have time to review the file and prepare Defendants' response to the Complaint, and the resources of the Court may be conserved.

Defendants respectfully request that this extension agreement be entered as an order of the Court. A proposed Order extending the case deadlines is submitted herewith for the convenience of the Court.

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

Jennifer S. Sickler
State Bar No. 18339600
Thomas C. Wright
State Bar No. 24028146
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
(713) 276-5382 (Phone)
(713) 276-6382 (Fax)

**ATTORNEYS FOR DEFENDANTS
COPYLADY, INC., AND CYNTHIA A. DUFF**

HOUSTON 786157v1

## CERTIFICATE OF CONFERENCE

On October 15, 2004, counsel for CopyLady, Inc. and Cynthia A. Duff (Jennifer S. Sickler) spoke with Ted D. Lee and Mark Blakemore by telephone regarding this matter, and they agreed to the case extensions requested herein.

_____
Jennifer S. Sickler

## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of October, 2004, that I served a copy of the foregoing Notice of Agreement to Extend Answer Deadline on all counsel of record via facsimile and CMRRR as follows:

Mr. Ted D. Lee
Gunn & Lee, PC
700 N. St. Mary's St., Suite 1500
San Antonio, Texas 78205

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101

_____
Jennifer S. Sickler

HOUSTON 786157v1