UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC and <br> PAMELA SUE GARDINER, <br><br> Plaintiffs, <br><br> v. <br><br> COPYLADY, INC. and <br> CYNTHIA A. DUFF, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> CIVIL ACTION NO. B-04-148 |

## ORDER GRANTING EXTENSION OF CASE DEADLINES

This Court has reviewed Defendants CopyLady, Inc. and Cynthia A. Duff's Unopposed Motion to Extend Case Deadlines and finds it to have merit. The Court therefore GRANTS an extension of certain case deadlines to the following:

1. Deadline for Defendants to respond to the Complaint    November 17, 2004

2. Initial Pretrial and Scheduling Conference    _____
   at _____ __.m.

The joint discovery/ case management plan and the joint report on meeting required by Rule 26(f) shall be filed not less than ten (10) days before this conference.

**IT IS SO ORDERED** this ____ day of _____, 2004, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

HOUSTON 786161v1