UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| THE COPYLADY, LLC and PAMELA SUE GARDINER, | § § § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-04-148 |
| COPYLADY, INC. and CYNTHIA A. DUFF, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF CASE DEADLINES

This Court has reviewed Defendants CopyLady, Inc. and Cynthia A. Duff's Unopposed Motion to Extend Case Deadlines and finds it to have merit. The Court therefore GRANTS an extension of certain case deadlines to the following:

1. Deadline for Defendants to respond to the Complaint    November 17, 2004

2. Initial Pretrial and Scheduling Conference    ~~November~~ December 10, 2004
   at 1:30 p.m.

The joint discovery/ case management plan and the joint report on meeting required by Rule 26(f) shall be filed not less than ten (10) days before this conference.

**IT IS SO ORDERED** this 18 day of October 2004, in Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

HOUSTON 786161v1