United States District Court
Southern District of Texas
FILED

NOV 0 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC and PAMELA SUE GARDINER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-148 |
| COPYLADY, INC. and CYNTHIA A. DUFF, | § § § § | |
| Defendants. | § | |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Defendants CopyLady, Inc. and Cynthia A. Duff file this Certificate of Interested Parties listing the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. CopyLady, Inc. (a Florida corporation);

2. Cynthia A. Duff (an individual residing in Florida);

3. The CopyLady, L.L.C. (a Texas Limited Liability Company); and

4. Pamela Sue Gardiner (an individual living in Texas).

Respectfully submitted,

GARDERE WYNNE SEWELL LLP

Jennifer S. Sickler
State Bar No. 18339600

1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
(713) 276-5382 (Phone)
(713) 276-6382 (Fax)

**ATTORNEYS FOR DEFENDANTS
COPYLADY, INC., AND CYNTHIA A. DUFF**

OF COUNSEL:

Ronald Gaswirth
Texas Bar No. 07752000
Thomas C. Wright
State Bar No. 24028146
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761

## CERTIFICATE OF SERVICE

I hereby certify on this 29th day of October, 2004, I served a copy of the foregoing Disclosure of Interested Persons on all counsel of record via CMRRR as follows:

Mr. Ted D. Lee
Gunn & Lee, PC
700 N. St. Mary's St., Suite 1500
San Antonio, Texas 78205

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101

*Jennifer S. Sickler*

DALLAS 1462989v1