## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Texas

Case Number: B-04-148

Plaintiff:
**THE COPYLADY, LLC., AND PAMELA SUE GARDINER**

vs.

Defendant:
**COPYLADY, INC. AND CYNTHIA A. DUFF**

For:
Ted D. Lee
GUNN & LEE, PC

,

Received by ESQUIRE DEPOSITION SERVICES on the 24th day of September, 2004 at 3:42 pm to be served on **COPYLADY, INC. 11533 CHARLIES TERR. FT. MYERS, FL 33907.**

I, TIM HAHNE, being duly sworn, depose and say that on the **27th day of September, 2004 at 8:40 am, I:**

SERVED the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour endorsed thereon by me to Cynthia Duff as REGISTERED AGENT of the within named corporation, in compliance with Florida Statute 48.081(1)(2)or(3).

I am over the age of eighteen, and have no interest in the above action

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Special Process Server in the circuit in which service was effected in accordance to Florida Statutes. Pursuant to F.S. 92.525(2) I have no interest in the above action and NO NOTARY IS REQUIRED.



JAMES R. JOHNSON
MY COMMISSION # DD 138256
EXPIRES: November 23, 2006
Bonded Thru Notary Public Underwriters

Subscribed and Sworn to before me on the 29th day of October, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

TIM HAHNE
04-020

ESQUIRE DEPOSITION SERVICES
7800 Ih-10 West,
Ste. 100
San Antonio, TX 78230
(210) 337-3027
Our Job Serial Number: 2004008115

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas
Brownsville Division

**THE COPYLADY, LLC AND**
**PAMELA SUE GARDINER,**
                **Plaintiffs**

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-04-148

**COPYLADY, INC AND**
**CYNTHIA A. DUFF**
               **Defendants**

TO: (Name and address of Defendant)

COPYLADY, INC.
11533 CHARLIES TERRACE
FORT MYERS, FLORIDA 33907

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TED D. LEE
GUNN & LEE, PC
700 N. ST. MARY'S ST., SUITE 1500
SAN ANTONIO, TX 78205

T. MARK BLAKEMORE
ATTORNEY, COUNSELOR AND MEDIATOR
835 E. LEVEE ST. FL 6
BROWNSVILLE TX 78520-5101

an answer to the complaint which is herewith served upon    twenty (20)    days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    Michael N. Milby, Clerk

DATE  9/3/04

(By) DEPUTY CLERK

8115