IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC and PAMELA SUE GARDINER, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-04-148 |
| COPYLADY, INC., CYNTHIA A. DUFF, Defendants. | § § § § | |

## DECLARATION OF CYNTHIA A. DUFF

I, Cynthia Duff, hereby declare the following:

1. My name is Cynthia Duff. I am of sound mind, over the age of twenty-one years, have never been convicted of a felony or other crime involving moral turpitude, and I am capable of making this Declaration. I am the President of CopyLady, Inc. ("CopyLady"), a corporation organized under the laws of the State of Florida. In that position, I am responsible for the day-to-day operations of CopyLady. I have personal knowledge of the matters set forth herein and could testify competently thereto if called upon to do so.

2. My principal residence is in Florida and I am domiciled there.

3. I am named as an individual defendant in above-entitled action.

4. This declaration is intended to provide factual information regarding the contacts CopyLady and I have had with the State of Texas.

5. CopyLady's sole contact with Texas was through a letter sent by CopyLady's counsel to Plaintiff in the above-entitled action. Within the course of its business, CopyLady does not maintain "continuous and systematic" contacts with the State of Texas, and neither do I.


EXHIBIT A

6. Neither CopyLady nor I conduct regular business in Texas.

7. Neither CopyLady nor I are incorporated in Texas.

8. Neither CopyLady nor I have any subsidiaries incorporated or qualified to do business in Texas.

9. Neither CopyLady nor I have any branch offices or other facilities in Texas.

10. Neither CopyLady nor I are required to maintain nor do either of us maintain a registered agent for service in Texas.

11. Neither CopyLady nor I have sales representatives, employees, servants, or agents in Texas.

12. Neither CopyLady nor I manufacture products in Texas.

13. Neither CopyLady nor I have bank accounts in Texas.

14. Neither CopyLady nor I have a telephone listing or a mailing address in Texas.

15. Neither CopyLady nor I maintain insurance coverage in Texas.

16. Neither CopyLady nor I have made sales in Texas.

17. Neither CopyLady nor I have paid sales taxes in Texas.

18. Neither CopyLady nor I own tangible personal property located in Texas.

19. Neither CopyLady nor I have ever owned, leased, operated, or maintained any real property, in whole or in part, in Texas.

20. Neither CopyLady nor I have directed advertising specifically towards Texas residents, and we do not advertise in any publications that are directed towards Texas residents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 17 day of November, 2004, in Fort Myers, Florida.

_____
Cynthia A. Duff