Case 1:04-cv-00148   Document 14   Filed in TXSD on 12/10/2004

United States District Court
Southern District of Texas
FILED

DEC 10 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-04-148 | DATE & TIME: 12-10-04 AT 1:30 P.M. |
| THE COPY LADY, L.L.C.<br>PAMELA SUE GARDINER<br>VS. | PLAINTIFF(S) TED DALTON LEE<br>COUNSEL MARK BLAKEMORE |
| COPYLADY, INC.<br>CYNTHIA A. DUFF | DEFENDANT(S) JENNIFER SICKLER<br>COUNSEL |

---

Discovery Hearing is set before Magistrate Judge John Wm. Black on March 1, 2005 and is limited to the jurisdictional issue.

This case is reset for another status conference before Magistrate Judge John Wm. Black on Friday March 4, 2005 at 1:30 P.M.


CSO: Willie Canant
LAW CLERK: Eugenia Ponce
ERO: Dahlila Ahumada