United States District Court
Southern District of Texas
FILED

DEC 1 4 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

CORRECTED PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-04-148 | DATE & TIME: 12-10-04 AT 1:30 P.M. |
| THE COPY LADY, L.L.C.<br>PAMELA SUE GARDINER<br>VS. | PLAINTIFF(S)  TED DALTON LEE<br>COUNSEL  MARK BLAKEMORE |
| COPYLADY, INC.<br>CYNTHIA A. DUFF | DEFENDANT(S)  JENNIFER SICKLER<br>COUNSEL |

---

Discovery Deadline is March 1, 2005 and is limited to the jurisdictional issue.

This case is reset for another status conference before Magistrate Judge John Wm. Black on Friday March 4, 2005 at 1:30 P.M.

CSO: Willie Canant
LAW CLERK: Eugenia Ponce
ERO: Dahlila Ahumada