IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE COPYLADY, LLC and | § | |
| PAMELA SUE GARDINER, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-148 |
| | § | |
| COPYLADY, INC., | § | |
| CYNTHIA A. DUFF, | § | |
| Defendants. | § | |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

TO THE HONORABLE DISTRICT JUDGE OF THIS COURT:

Plaintiffs, The Copylady, LLC and Pamela Sue Gardiner, respectfully move the Court for entry of a Stipulated Protective Order to protect confidential or trade secret information of the parties. The proposed Stipulated Protective Order is attached hereto as Exhibit A.

## CERTIFICATE OF CONFERENCE

The parties conferred and agreed with each other regarding this matter. Defendants, Copylady, Inc. and Cynthia A. Duff, agree with the entry of the Stipulated Protective Order, attached hereto as Exhibit A, as is evidenced by their signature thereon.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the Stipulated Protective Order attached hereto as Exhibit A be entered by the Court to protect the confidential and/or trade secret information of the parties.

1

Respectfully submitted,

GUNN & LEE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
(210) 886-9500
(210) 886-9883 Fax


By: _____
Ted D. Lee
State Bar No. 12137700

T. Mark Blakemore
ATTORNEY, COUNSELOR and MEDIATOR
835 East Levee Street, Sixth Floor
Brownsville, Texas 78520
(956) 541-5900
(956) 541-5905 – Fax


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing "Motion for Entry of Protective Order" was served on the following attorney(s) of record by facsimile and by first class mail on this ___17th___ day of February, 2005:

Jennifer S. Sickler
Thomas C. Wright
Gardere, Wynne, Sewell, LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007

_____
Ted D. Lee

G:\TDL\GardinerPamela\CopyLady\Pleadings\Motion for Entry of Protective Order.doc

2