## EXHIBIT A TO THE STIPULATED PROTECTIVE ORDER

### ACKNOWLEDGEMENT

1. I have carefully read and understood the attached Stipulated Protective Order (the "Order"), which has been entered by the U.S. District Court for the Southern District of Texas, Brownsville Division, in an action captioned Civil Action No. B-04-148; *The CopyLady, LLC and Pamela Sue Gardiner v. CopyLady, Inc. and Cynthia A. Duff.*

2. Pursuant to the Order, my support staff and I may be given access to Confidential Information and/or Attorneys Eyes Only Information by one or more of the parties in this case. As a condition of access to that Confidential Information and/or Attorneys Eyes Only Information, and in consideration of that access, (a) I agree that my support staff and I shall be bound by and comply with all of the terms of the Order, including those limiting disclosure and use of Confidential Information and/or Attorneys Eyes Only Information, and (b) my support staff and I submit to the jurisdiction of the U.S. District Court for the Southern District of Texas, Brownsville Division for purposes of any proceedings relating to performance under, compliance with or violation of the above-described Order.

3. By reason of this Acknowledgement, the obligations imposed on me by the Order shall be enforceable by the party who produced the Confidential Information and/or Attorneys Eyes Only Information to redress any breach of the Order or this Acknowledgement.

4. I have executed this Acknowledgement on _____, 2005, whereupon it becomes binding in accordance with its terms.

```
                                    _____
                                              (signature)
                                    Name: _____
                                    Title: _____
                                    Date: _____
```