IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC and<br>PAMELA SUE GARDINER,<br>      Plaintiffs,<br><br>v.<br><br>COPYLADY, INC.,<br>CYNTHIA A. DUFF,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-148 |

## ORDER DENYING COPYLADY, INC.'s MOTION TO DISMISS FOR LACK OF PERSONAL AND SUBJECT MATTER JURISDICTION AND IMPROPER VENUE AND BRIEF IN SUPPORT

On this day came on for consideration "Plaintiffs' Supplemental Response to 'Copylady, Inc.'s Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Improper Venue and Brief in Support,'" "Plaintiffs' Response to 'Copylady, Inc.'s Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Improper Venue and Brief in Support,'" and "Copylady, Inc.'s Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Improper Venue and Brief in Support."

The Court after considering the pleadings, evidence, and arguments of counsel is of the opinion "Copylady, Inc.'s Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Improper Venue and Brief in Support" is not well taken and should be DENIED.

IT IS HEREBY ORDERED that "Copylady, Inc.'s Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Improper Venue and Brief in Support" is DENIED.

IT IS FURTHER ORDERED that Defendants shall file their answer to Plaintiffs' Complaint no later than thirty (30) days from the date of the signing of this Order.

Signed and entered this _____ day of _____, 2005.

~~UNITED STATES DISTRICT JUDGE~~
**JOHN WM. BLACK
U.S. MAGISTRATE JUDGE**

G:\TDL\GardinerPamela\CopyLady\Pleadings\P'sSuppResptoMtnDismiss-Order.doc