# SEALED RECORD

DESCRIPTION OF CONTENTS: Exhibits to Plaintiff's Suppl. Response

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.

CASE NO. B-04-CV-148
INSTRUMENT NO. _____