THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 0 7 2005

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-148                DATE & TIME:   03-04-04 AT 1:30 P.M.

THE COPY LADY, L.L.C.                    PLAINTIFF(S)   TED DALTON LEE
PAMELA SUE GARDINER                      COUNSEL        MARK BLAKEMORE

VS.

COPYLADY, INC.                           DEFENDANT(S)   JENNIFER SICKLER
CYNTHIA A. DUFF                          COUNSEL        THOMAS WRIGHT

-------------------------------------------------------------------------------

ERO: Dahlila Ahumada
CSO: Richard Harralson

    Attorneys Mark Blakemore and Thomas Wright appeared.

    Defendants' argued the issues of copyright infringement.