UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE COPYLADY, LLC AND PAMELA SUE GARDINER, | § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO. B-04-148 |
| COPYLADY, INC AND CYNTHIA A. DUFF | § § § | |
| Defendants | § | |

PLAINTIFFS' OBJECTIONS
TO
MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, **THE COPYLADY, LLC and PAMELA SUE GARDINER,** and file their Objections to Magistrate Judge's Report & Recommendation and show the following:

1.  Plaintiffs object to the Magistrate Judge's finding that the Defendants' website is at an extreme end of the spectrum as outlined in *Mink v. AAAA Development LLC,* 190 F.3d 333, 336 (*citing Zippo Mfg. Co. v. Zippo Dot Com, Inc.,* 952 F. Supp. at 1124), and specifically finding that the Defendants' website is used solely as advertising. The Magistrate Judge correctly stated that the "middle of the spectrum is where defendants' allow their users to exchange information

Plaintiffs' Objections To Report And Recommendation Of Magistrate
w:\02318\Plaintiffs' Obj to Report & Recommendation of Magistrate 20050406

Page 1 of 3

with a host computer." *Magistrate's Report at p. 5.* The Magistrate Judge did not address the feature of the Defendants' website that allows customers to i) electronically transmit copier meter readings [presumably for billing purposes], ii) request supplies or service, iii) read and download manuals on equipment sold by Defendants, iv) download the latest printer drivers, scanner features, etc., and v) "much, much more." This feature requires the entry of a user identification code and password. See final page of website pages entitled, CLIENT RESOURCE PAGE, attached to Plaintiffs' Response to Copylady, Inc.'s Motion to Dismiss; Docket No. 10. The interaction allowed by using this feature of the website is "much, much more" than just advertising and more correctly falls within the middle part of the spectrum of websites.

2.   The Magistrate Judge considers the website and the fact of Defendants' having two vendors in Texas as separate items in his analysis of the jurisdictional issue. There is no consideration of the cumulative effect of the Defendants' contacts with Texas and its interactive website. Nor is there consideration of the fact, or the cumulative effect, of Defendants' having mailed their cease and desist letter to Texas complaining specifically of market confusion regarding "common vendors." See Plaintiffs' Original Complaint; Docket No. 1, Exhibit A.   Defendants' confused vendors are headquartered in Texas and are supporting Defendants' business by training Defendants' employees and rewarding Defendants' for their sales efforts. See Plaintiffs' Supplemental Response to Defendants' Motion to Dismiss; Docket No. 20.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the District Judge deny Defendants' motion to dismiss for lack of personal and subject matter jurisdiction.

Plaintiffs' Objections To Report And Recommendation Of Magistrate
w:\02318\Plaintiffs' Obj to Report & Recommendation of Magistrate 20050406

Page 2 of 3

Dated: April 6, 2004.

Respectfully submitted,

Ted D. Lee
GUNN & LEE, PC
700 N. St. Mary's St., Suite 1500
San Antonio, TX 78205
(210) 886-9500 Telephone
(210) 886-9883 Facsimile
TBN: 12137700 • Federal Admn. No. 11221
Email: tedlee@gunn-lee.com

By: /s/
T. Mark Blakemore
Federal Admn. No. 1915 • TBN: 02431800
**Attorneys for THE COPYLADY, LLC AND PAMELA SUE GARDINER**

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
(956) 541-5900 Telephone
(956) 541-5905 Facsimile
Email: tmblakemore@tmb-atty.com

**Certificate of Service**

I hereby certify on this 6th day of April, 2005, that I served a copy of the foregoing Objection on Defendants' counsel:

GARDERE WYNNE SEWELL LLP
Jennifer S. Sickler
1000 Louisiana, Suite 3400
Houston, TX 77002-5007

/s/
T. Mark Blakemore

Plaintiffs' Objections To Report And Recommendation Of Magistrate
w:\02318\Plaintiffs' Obj to Report & Recommendation of Magistrate 20050406

Page 3 of 3